STATE OF CONNECTICUT *v.* STEPHEN MCCULLOUGH
(9439)

DUPONT, C. J., NORCOTT and LAVERY, Js.

Argued June 11—decision released July 16, 1991

*Stephen McCullough,* pro se, the appellant (defendant).

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, with whom, on the brief, were *John Bailey,* state's attorney, and *Antonia Carabillo,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.